Form ntcdsm1

211 West Fort Street
Detroit, MI 48226

## UNITED STATES BANKRUPTCY COURTS
Eastern District of Michigan

Case No.: **13−42077−mbm**
Chapter: 13

In Re: (NAME OF DEBTOR(S))
   Ruth Mae Mays
   fka Ruth Mae Braxton, fka Ruth Mae Stanley
   32967 Sandpiper Drive
   Romulus, MI 48174

Social Security No.:
   xxx−xx−3287

Employer's Tax I.D. No.:

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN that an **Order Dismissing Case For Failure to Make Payments Under Chapter 13 Plan** was entered on **4/9/14**. Accordingly, the automatic stay is lifted in the above entitled case.

Dated: 4/9/14

                        BY THE COURT

                        Katherine B. Gullo , Clerk of Court
                        UNITED STATES BANKRUPTCY COURT

```
                                United States Bankruptcy Court
                                Eastern District of Michigan
In re:                                                                                  Case No. 13-42077-mbm
Ruth Mae Mays                                                                           Chapter 13
         Debtor                          CERTIFICATE OF NOTICE
District/off: 0645-2           User: ncott                  Page 1 of 2                 Date Rcvd: Apr 09, 2014
                               Form ID: ntcdsm              Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2014.
db            +Ruth Mae Mays,    32967 Sandpiper Drive,    Romulus, MI 48174-4395
21804845      +Cesar Figueras,    1606 S. Huron Rd. #972825,    Ypsilanti, MI 48197-7871
21804846      +Clerk, 34th District Court,    DOC# 12-7462,    11131 S. Wayne Rd,    Romulus, MI 48174-1472
21804850      +EOS CCA,    Attn: Bankruptcy Dept,    700 Longwater Drive,    Norwell, MA 02061-1624
21804851      +Eric Henderson,    42671 Addison Ave.,    Canton, MI 48187-3410
21804852      +First National Bank,    Attn: Bankruptcy Dept.,    500 E. 60th St. N.,    Sioux Falls, SD 57104-0478
21804854      +Henry Ford Health System,    Attn: Bankruptcy Dept,    PO Box 339,    Troy, MI 48099-0339
21804855      +Henry Ford Maple Grove Center,    Attn: Bankruptcy Dept.,    6773 W. Maple Road,
                West Bloomfield, MI 48322-3030
21804856      +Henry Ford Village,    15101 Ford Road,    Dearborn, MI 48126-4611
21804857      +Jersal Mays,    8738 Dexter Ave.,    Detroit, MI 48206-2148
22405465      +NCEP, LLC,    by AIS Data Services, LP as agent,    Department 233,    PO BOX 4457,
                Houston, TX 77210-4457
21804861      +Seventh Avenue,    Attn: Bankruptcy Dept.,    1112 7th Avenue,    Monroe, WI 53566-1364
21926314      +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 740933,    Dallas, TX 75374-0933

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
21804843      +EDI: ATTWIREBK.COM Apr 09 2014 22:08:00     AT&T Credit Management,    Attn: Bankruptcy Dept.,
                PO Box 80701,    Charleston, SC 29416-0701
21865289       EDI: AIS.COM Apr 09 2014 22:08:00     American InfoSource LP as agent for,    Midland Funding LLC,
                PO Box 268941,    Oklahoma City, OK   73126-8941
22094853      +EDI: ACCE.COM Apr 09 2014 22:08:00     Asset Acceptance LLC,    Po Box 2036,
                Warren MI 48090-2036
22155172       E-mail/Text: CENHRT-E_Notice_Claim@cable.comcast.com Apr 09 2014 22:06:26      COMCAST,
                41112 Concept Dr.,    Plymouth, MI,    48170
21804844      +EDI: CAPITALONE.COM Apr 09 2014 22:08:00     Capital One Bank,    Attn: Bankruptcy Dept.,
                PO Box 30281,    Salt Lake City, UT 84130-0281
21811902      +E-mail/Text: bankruptcy@cavps.com Apr 09 2014 22:06:19     Cavalry Portfolio Services,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
21804848      +EDI: CREDPROT.COM Apr 09 2014 22:08:00     Credit Protection Association, LP,
                Attn: Bankruptcy Dept.,    13355 Noel Road, Suite 2100,    Dallas, TX 75240-6837
21804849      +E-mail/Text: bknotice@erccollections.com Apr 09 2014 22:05:51      Enhanced Recovery Corp.,
                Attn: Bankruptcy Dept.,    8014 Bayberry Rd.,    Jacksonville, FL 32256-7412
21804853      +EDI: AMINFOFP.COM Apr 09 2014 22:08:00     First Premier Bank,    Attn: Bankruptcy Dept.,
                601 S Minnesota Ave.,    Sioux Falls, SD 57104-4868
22187382      +EDI: ATTWIREBK.COM Apr 09 2014 22:08:00     Michigan Bell Telephone Company,
                % AT&T Services Inc.,    Karen A. Cavagnaro - Lead Paralegal,    One AT&T Way, Room 3A 104,
                Bedminster, NJ 07921-2693
21804858      +EDI: MID8.COM Apr 09 2014 22:08:00     Midland Funding LLC,    Attn: Bankruptcy Dept.,
                8875 Aero Drive, Ste. 200,    San Diego, CA 92123-2255
22185630      +E-mail/Text: bknotice@ncmllc.com Apr 09 2014 22:06:06     National Capital Management, LLC,
                8245 Tournament Drive,    Suite 230,    Memphis, TN 38125-1741
22019123       EDI: PRA.COM Apr 09 2014 22:08:00     Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
21804859      +E-mail/Text: autumn.bushman@progfinance.com Apr 09 2014 22:05:58      Progressive Finance,
                Attn: Bankruptcy Dept.,    11629 South 700 East, Suite 250,    Draper, UT 84020-8399
21812410       EDI: DRIV.COM Apr 09 2014 22:08:00     SANTANDER CONSUMER USA,    P.O. BOX 560284,
                DALLAS, TX 75356-0284
21804860      +EDI: DRIV.COM Apr 09 2014 22:08:00     Santander Consumer USA Inc.,    Attn: Bankruptcy Dept.,
                P.O. Box 961245,    Fort Worth, TX 76161-0244
21804862      +EDI: AISTMBL.COM Apr 09 2014 22:08:00     T-Mobile,    Attn: Bankruptcy Dept.,    PO Box 53410,
                Bellevue, WA 98015-3410
                                                                                              TOTAL: 17

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21804847*     ++COMCAST,    41112 CONCEPT DR,    PLYMOUTH MI 48170-4253
                (address filed with court:  Comcast Cable,    Attn: Bankruptcy Dept.,    PO Box 3006,
                  Southeastern, PA 19398)
                                                                                               TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2014                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2014 at the address(es) listed below:
          Brian Philip Dunne    on behalf of Debtor Ruth Mae Mays edmi@arddun.com
          David Wm Ruskin    ecf-emails@det13.com
                                                                                                  TOTAL: 2